Rob Hennig (State Bar No. 174646)
rob@employmentattorneyla.com
Sam Brown (State Bar No. 308558)
sam@employmentattorneyla.com
Dat Tommy Phan (State Bar No. 316813)
dat@employmentattorneyla.com
HENNIG RUIZ & SINGH, P.C.
3600 Wilshire Blvd, Suite 1908
Los Angeles, CA 90010
Phone: (213) 310-8301
Fax: (213) 301-8302
Attorneys for Plaintiff KHOSROW KAMALI

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOSROW KAMALI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAURIE BERMAN, in her official capacity as Director of the California Department of Transportation; AARON OCHOCO, in his official capacity as Acting Deputy District Director of Administration of the California Department of Transportation District 7, and in his personal capacity; MARCUS ATKINS, in his official capacity as Facilities Manager of the California Department of Transportation District 7 Building, and in his personal capacity; and BRYAN GRAY, in his official capacity as Captain for the California Department of Transportation District 7 Building, and in his personal capacity,<br><br>Defendants. | **CASE NO. 8:19-cv-00238 JVS (ADSx)**<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL AND FOR ENTRY OF FINAL JUDGMENT.**<br><br>**Judge:** Hon. James V. Selna<br>**Courtroom:** 10C<br>**Filing Date:** February 5, 2019 |

Before the Court is the request of Plaintiff Khosrow Kamali ("Plaintiff" or "Kamali") that the Court dismiss his entire actions (all claims against all parties) with prejudice in both *Khosrow Kamali v. Laurie Berman et al.*, 8:19-cv-00238-JVS-ADS and *Khosrow Kamali v. John Christopher Hiddleson et al.*, 8:19-cv-01949-JVS-ADS, and enter a final judgment on the merits for all Defendants.

The Court, having fully considered Plaintiff's request, is of the opinion that it should be and is hereby **GRANTED**.

It is therefore **ORDERED** that in *Khosrow Kamali v. Laurie Berman et al.*, 8:19-cv-00238-JVS-ADS, Judgment is entered in favor of Defendants Laurie Berman, Aaron Ochoco, Marcus Atkins, and Brian Gray on all claims by Plaintiff Khosrow Kamali, and against Plaintiff

It is further **ORDERED** that in *Khosrow Kamali v. John Christopher Hiddleson et al.*, 8:19-cv-01949-JVS-ADS, Judgment is entered in favor of Defendants John Christopher Hiddleson, Duncan McIntosh, Shirley Choate, Carrie Bowen, John Bulinski, and Lynette Vann on all claims by Plaintiff Khosrow Kamali, and against Plaintiff.

**IT IS SO ORDERED**.

Dated: May 07, 2020            _____
                               Honorable James V. Selna
                               United States District Judge